IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ATA CHIZARI, *et al.*, Plaintiffs, v. UNITED STATES DEPARTMENT OF STATE, Defendant. | Case No. 1:26-cv-1148 (RDA/IDD) |

**ORDER**

This matter comes before the Court on Plaintiffs' Notice of Voluntary Dismissal. Dkt. 11. Plaintiffs assert that they voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Accordingly, it is hereby ORDERED that this civil action is DISMISSED as WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the pending Motion to Dismiss (Dkt. 6) is DENIED as MOOT; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended cause.

IT IS SO ORDERED.

Alexandria, Virginia
August 12, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge